Michelle Derby
Michelle.bolden@pgn.com
1747 Meriweather Lane
Woodland, WA 98674
(503) 438-0602
Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Portland Division)

**MICHELLE BOLDEN**, as legal guardian for **WILLIAM DERBY**

Plaintiff(s),

v.

**COLUMBIA COUNTY**, a public entity doing business in the State of Oregon, **CORRECT CARE SOLUTIONS, LLC,** an Oregon limited liability corporation, **JEFF DICKERSON**, in his official capacity, **VIVEK SHAH, MD**, in his official capacity, **JULIE WEIGAND**, in her official capacity, and **TERRY KALLIO**, in her official capacity, **COLUMBIA COMMUNITY MENTAL HEALTH**, an Oregon Non-Profit Corporation, **LEGACY HEALTH,** an Oregon nonprofit corporation, **LEGACY EMANUEL HOSPITAL & HEALTH CENTER,** dba **UNITY CENTER FOR BEHAVIORAL HEALTH**, a domestic non-profit corporation,

Defendant(s).

Case No.: 3:19-CV-00555-HZ

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSMAL WITHOUT PREJUDICE**

---

PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE -1-

## LR 7-1 CERTIFICATION

The undersigned certifies, in compliance with Local Rule 7-1, the parties to this action made a good-faith effort to discuss this motion and resolve any matters related to this motion. Defendants' counsels have indicated to Plaintiff that they do not oppose this motion. Defendants oppose Plaintiff's motion.

## MOTION

Pursuant to FRCP 41(a)(2), plaintiff moves for voluntary dismissal of this action without prejudice.

## ARGUMENT

Plaintiff moves for a voluntary dismissal of this action without prejudice pursuant to FRCP 41(a)(2). This rule allows a plaintiff, pursuant to an order of the court, and subject to any terms and conditions the court deems proper, to dismiss an action without prejudice at any time. *See* Fed. R. Civ. P. 41(a)(2). With her original attorney, Mr. Gutbezahl, Plaintiff had begun the discovery process and was proceeding according to schedule. However, when it came to Mr. Gutbezahl's attention, and after consultation with the Oregon State Bar, that he could not continue as her attorney of record on this action, he was forced to withdraw. Since then Mr. Gutbezahl and Plaintiff have been seeking an alternative counsel to take over representation for her on this action, but have so far been unsuccessful. Plaintiff originally sought and was granted a motion to extend discovery deadlines, but since then has still been unable to secure the services of an attorney. Due to this, Plaintiff is unable to proceed with the action and thus respectfully seeks a voluntary dismissal without prejudice to allow her time to continue the search for an attorney without having to seek

PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE -2-

Michelle Derby
1747 Meriweather Lane
Woodland, WA 98674
T: (503) 438-0602

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April, 2020, I served the foregoing **PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES,** on the following parties at the following addresses:

Steven Kraemer
skraemer@cisoregon.org
Richard P. Freud
rfreud@cisoregon.org
Kraemer & Lewis
P.O. Box 1469
Lake Oswego, OR 97035
Attorneys for Defendant Columbia County
& John Dickerson

Guy Keating
gkeating@schulte-law.com
Schulte, Anderson, Downes, et al
811 SW Naito Parkway, Suite 500
Portland, OR 97204
Attorney for Defendant Columbia Community Mental Health

Eric J. Neiman
eric.neiman@lewisbrisbois.com
Jacqueline E. Houser
jacqueline.houser@lewisbrisbois.com
Lewis Brisbois Bisgaard & Smith LLP
888 SW 5th Ave., Suite 900
Portland, OR 97204
Attorneys for Defendant Correct Cares Solutions, LLC

Peter O. Tuenge
ptuenge@keatingjones.com
Hillary A. Taylor
htaylor@keatingjones.com
Jennifer L. Truzzolino
jtruzzolino@keatingjones.com
Keating Jones Hughes, P.C.
200 SW Market Street, Suite 900
Portland, OR 97201
Attorneys for Defendants Legacy Health; Legacy Emanuel Hospital & Health Care Center dba Unity Center for Behavioral Health

by mailing to them a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to them at the addresses set forth above, and deposited in the U.S Post Office at Portland, OR on said day with postage prepaid.

s/ Michelle Derby

Michelle Derby,
Plaintiff

**CERTIFICATE OF SERVICE**

Law Office of John E. Gutbezahl
5 Centerpointe Dr., Suite 400
Lake Oswego, OR 97035
T: (503) 594-1919

further extension of the deadlines and further burden Defendants with preparing for trial and argument on motions.

Dated: April 6, 2020.

                                                   *s/ Michelle Derby*    *Michelle Derby*
                                                  Michelle Derby
                                                  Plaintiff

PLAINTIFF'S MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE -3-

Michelle Derby
1747 Meriweather Lane
Woodland, WA 98674
T: (503) 438-0602